## Orval F. Barnett, Appellee, v. Letha Barnett, Appellant.

Gen. No. 9,626.

opinion filed February 28, 1949; released for publication March 28, 1949. C. Victor Cardose and Anthony J. Manuele, for appellant; John P. Snigg, for appellee. Opinion by PRESIDING JUSTICE DADY. Not to be published in full.

## Lorene Hemphill et al., Appellants, v. Frank Miller et al., Appellees.

Gen. No. 9,636.

opinion filed February 28, 1949; released for publication March 28, 1949. Jacoby, Patton, Manns & Coppinger, for appellants; John B. Coppinger, Jr. and John F. McGinnis, of counsel; Cross & Gibbons, for appellees; John F. Gibbons and Harold R. Clark, of counsel. Opinion by PRESIDING JUSTICE DADY. **Not to be published in full.**

## Albert R. Hayes, Appellee, v. Herbert C. Todd, Appellant.

**Gen. No. 9,638.**

opinion filed February 28, 1949; released for publication March 28, 1949. Wilson & Wright, for appellant; James H. Manns and Lucas & Thomas, for appellee; Kenneth H. Lemmer and Allen T. Lucas, of counsel. Opinion by JUSTICE WHEAT. **Not to be published in full.**

## William E. Davey, Appellant, v. Fred Heim, Appellee.

**Gen. No. 10,301.**